FILED
2011 Apr-11 PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

SANDRA VESS,

    PLAINTIFF,

v.                                                    CASE NO.: CV-10-J-3177-NE

LAWRENCE BAPTIST MEDICAL CENTER,
et al.,

    DEFENDANTS.

**ORDER**

The court having been informed that this case has been amicably settled,

It is therefore **ORDERED** by the court that this case be and hereby is

**DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that this court retains jurisdiction over the parties for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal.

**DONE** and **ORDERED** this the 11th day of April, 2011.

                              */s/ Inge Prytz Johnson*
                              INGE PRYTZ JOHNSON
                              U.S. DISTRICT JUDGE