# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SANDRA VESS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **CV-10-3177-NE** |
| **LAWRENCE BAPTIST** ) | |
| **MEDICAL CENTER and BRIM** ) | |
| **HEALTHCARE, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** Plaintiff Sandra Vess ("Plaintiff"), by and through her undersigned counsel, and Defendant Lawrence County Healthcare Authority d/b/a Lawrence Baptist Medical Center ("LCHA"), by and through its undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, give notice that all claims against LCHA may be dismissed with prejudice, each party to bear her or its own costs. Pursuant to Rule 41(a)(1)(a)(i), Plaintiff also dismisses the claims against Defendant HealthTech Management Services, Inc. f/k/a Brim Healthcare, Inc. with prejudice.

DONE this 21st day of April, 2011.

                                         */s/Rocco Calamusa, Jr.*
                                         Rocco Calamusa, Jr., Esq.
                                         Alexander N. Gerogiannis, Esq.
                                         Attorneys for Plaintiff Sandra Vess

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500

                                         */s/Kimberly W. Geisler*
                                         Kimberly W. Geisler
                                         Josh S. Thompson
                                         Attorneys for Defendant
                                         Lawrence County Healthcare Authority

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
211 22nd Street South
Birmingham, Alabama 35203
Telephone: (205) 251-2300

59028